Michael J. Peffer (SBN 192265)
mpeffer@pji.org
PACIFIC JUSTICE INSTITUTE
SOUTHERN CALIFORNIA OFFICE
2200 N. Grand Ave.
Santa Ana, CA 92705
T: 714-796-7150

Attorneys for Plaintiff Eric Thompson

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| **ERIC THOMPSON**, <br><br> Plaintiff, <br><br> v. <br><br> **RIVERSIDE COMMUNITY COLLEGE DISTRICT; MORENO VALLEY COLLEGE; ROBIN STEINBACK, Ph.D,** in her official capacity as President of Moreno Valley College; **SANDRA MAYO, Ph.D**, in her official capacity as President of Student Services at Moreno Valley College, and Does 1 – 50. <br><br> Defendants. | Case No. 5:23-cv-00138-SSS-SHKx <br><br> **NOTICE OF APPEAL** |

This is a Notice of Appeal to the United States Court of Appeals for the Ninth Circuit. The Plaintiff, ERIC THOMPSON, hereby appeals to the United States Court of Appeals for the Ninth Circuit, the final order entered in the United

**Notice of Appeal** - 1

States District Court Central District of California on July 25, 2023. The District Court granted the Defendants' motion to dismiss under Fed. R.Civ. P. 12(b)(6) finding that the Plaintiff failed to state a claim upon which relief could be granted.

The parties to the judgment order appealed from and the names and address of their respective counsel are as follows:

Mark H. Meyerhoff, Bar No. 180414
mmeyerhoff@lcwlegal.com
David A. Urban, Bar No. 159633
durban@lcwlegal.com
Jack Begley, Bar No. 337092
jbegley@lcwlegal.com
LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
6033 West Century Boulevard, 5th Floor Los Angeles, California 90045
Telephone: 310.981.2000
Facsimile: 310.337.0837
Attorneys for Defendants

RESPECTFULLY SUBMITTED this 24th day of August, 2023

Dated: August 24, 2023                /s/ Michael J. Peffer
                                      Michael J. Peffer
                                      Pacific Justice Institute
                                      *Attorneys for Plaintiff, Eric Thompson*