UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 03 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ERIC THOMPSON,<br><br>　　　　　Plaintiff - Appellant,<br><br>　v.<br><br>RIVERSIDE COMMUNITY COLLEGE DISTRICT; et al.,<br><br>　　　　　Defendants - Appellees. | No. 23-55743<br><br>D.C. No. 5:23-cv-00138-SSS-SHK<br>U.S. District Court for Central California, Riverside<br><br>**MANDATE** |

The judgment of this Court, entered June 11, 2024, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

　　　　　　　　　　　　　　　　FOR THE COURT:

　　　　　　　　　　　　　　　　MOLLY C. DWYER
　　　　　　　　　　　　　　　　CLERK OF COURT